204 So.2d 573

**Elmo CURRY et al.**

**v.**

**FRUIN–COLNON CONTRACTING COMPANY et al.**

No. 48945.

Dec. 11, 1967.

Writ refused. Under the facts found by the Court of Appeal the result is correct.

McCALEB, J., is of the opinion that the application should be granted.

204 So.2d 573

**Lillie Mae Bell RICHARDSON et al.**

**v.**

**Walter L. WARD III et al.**

No. 48948.

Dec. 11, 1967.

Writ refused. As to the death claim, the only question is factual and on the facts found by the Court of Appeal, there is no error of law in the judgment. As to the compromise or release, the judgment is not final, the case having been remanded.